IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40322
Conference Calendar
_____


UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

GEORGE J. MILLER,

                              Defendant-Appellant.


- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:94-CR-58
- - - - - - - - - -
December 21, 1995
Before DAVIS, STEWART, and PARKER, Circuit Judges.

PER CURIAM:[*]

    George James Miller appeals his convictions for robbery of a
motor vehicle and use of a firearm during a crime of violence.
See 18 U.S.C. §§ 924(c), 2119.  He argues that the evidence was
insufficient to support his conviction for use of a firearm
during a crime of violence and that his convictions under these
statutes engender a violation of the Double Jeopardy Clause.

_____

    [*]    Local Rule 47.5.1 provides:  "The publication of
opinions that merely decide particular cases on the basis of
well-settled principles of law imposes needless expense on the
public and burdens on the legal profession."  Pursuant to that
Rule, the court has determined that this opinion should not be
published.

We have reviewed the record and Miller's contentions, and we find no reversible error.

AFFIRMED.